*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  May 12, 2016                    520709
_____

In the Matter of RAMESH KHUDAN,
                    Petitioner,

          v                                   MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:   March 29, 2016

Before:   Peters, P.J., McCarthy, Rose, Devine and Mulvey, JJ.

                    _____

          Heidell, Pittoni, Murphy & Bach, LLP, New York City (Maura
S. Kernan of counsel), for petitioner.

          Eric T. Schneiderman, Attorney General, Albany (Martin A.
Hotvet of counsel), for respondent.

                    _____

          Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent finding petitioner guilty of
violating certain prison disciplinary rules.

          Petitioner commenced this CPLR article 78 proceeding
challenging a tier III disciplinary determination finding him
guilty of violating certain prison disciplinary rules.  The
Attorney General has advised this Court that the determination
has been administratively reversed, all references thereto have
been expunged from petitioner's institutional record and the $5
mandatory surcharge has been refunded to petitioner's inmate
account.  Although petitioner seeks to be restored to the status
that he maintained prior to the disciplinary determination, he is

not entitled to that relief (see Matter of Corrieri v Annucci, 137 AD3d 1407, 1408 [2016]; Matter of Daum v Venettozzi, 136 AD3d 1096, 1097 [2016]).  As petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (see Matter of James v Prack, 137 AD3d 1390, 1391 [2016]; Matter of Gunn v Annucci, 133 AD3d 989, 990 [2015]).

Peters, P.J., McCarthy, Rose, Devine and Mulvey, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court